IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALTISOURCE RESIDENTIAL, LP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GREGORY DUVAL GISSENTANER, | : | CIVIL ACTION NO. |
| and all other occupants, | : | 1:18-cv-4449-AT |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation that this dispossessory action be remanded to the Magistrate Court of DeKalb County pursuant to 28 U.S.C. § 1441 [Doc. 3].

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **REMANDS** this case to the Magistrate Court of

DeKalb County.[1]  There being no further issues before the Court, the Clerk is **DIRECTED** to close the case.

     **IT IS SO ORDERED** this 23rd day of October, 2018.

                                                    _____
                                                    **AMY TOTENBERG**
                                                    **UNITED STATES DISTRICT JUDGE**

---

[1] As this case involves a pro se Defendant, the Court provides further guidance.  An order remanding the case means that the case will continue to be heard, but in the court where it was originally filed – here, the Magistrate Court of DeKalb County.  The case is simply being returned to the Magistrate Court of DeKalb County for further proceedings.  Any future motions should be filed with the Magistrate Court of DeKalb County.